

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JEFFREY BUTLER ) | |
| ) | |
| Plaintiff, ) | Case No. 1:04cv1160 T-An |
| v. ) | |
| ) | |
| ORMET ALUMINUM MILLS ) | |
| PRODUCTS, | |
| | |
| Defendants. | |

## DEFAULT

Upon the Motion for Default, filed by plaintiff on April 22, 2005,

**DEFAULT IS HEREBY ENTERED** against the defendant, Ormet Aluminum Mills Products, pursuant to

FRCvP 55(a).

In accordance to Rule 4, of the FRCvP, service was made upon the named defendant, Ormet Aluminum Mills Products on March 7, 2004. The defendant has failed to plead or answer.

For good cause shown, the court may set aside this entry for default, pursuant to Rule 55(c).

Entered this 22th day of April 2005.

ROBERT R. DI TROLIO
Clerk of Court

By: _____
Deputy Clerk



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:04-CV-01160 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Jeffrey Butler
126 Wilkinson
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT