IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-1160 T/An |
| | ) | |
| ORMET ALUMINUM MILLS PRODUCTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Order Granting Plaintiff's Motion for Default Judgment filed on June 9, 2005. Within that Order, United States District Judge James D. Todd referred this matter to the Magistrate Judge for a report and recommendation on damages.

It is **ORDERED** that Plaintiff shall submit (1) an affidavit that sets forth all damages to which he believes he is entitled and (2) submit any and all documents that he wishes for the Court to consider in determining the amount of damages in this action. Plaintiff shall have 30 days from entry of this Order in which to submit these materials, and the Court will make a determination after receipt of the affidavit and documentation as to whether a hearing is required.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 14, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:04-CV-01160 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Jeffrey Butler
126 Wilkinson
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT