# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

JEFFREY BUTLER,

v.

ORMET ALUMINUM MILLS              CASE NUMBER: 1:04-1160-T/An
PRODUCTS, et al.,

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 9/09/2005, the Judgement of Default entered in this court on 6/9/05 is SET ASIDE and Plaintiff's complaint, as amended, is DISMISSED WITH PREJUDICE.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

9/13/05                      BY:  _C. Hud_
DATE                              DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9/14/05.

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:04-CV-01160 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Adam Harris
O'MELVENY & MEYERS
Times Square Tower, 7 Times Square
New York, NY 10036

Jeffrey Butler
126 Wilkinson
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT