IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JEFFREY BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-1160-T/An |
| | ) | |
| ORMET ALUMINUM MILLS | ) | |
| PRODUCTS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING MOTION FOR EXTENSION OF TIME

On September 9, 2005, the Court issued an order dismissing this action, filed *pro se* by plaintiff Jeffrey Butler, with prejudice. Judgment was entered on September 14, 2005. The Court denied plaintiff's motion to alter or amend the judgment on October 14, 2005, and plaintiff subsequently filed a notice of appeal. However, plaintiff did not pay the $255 appellate filing fee or seek leave to proceed on appeal *in forma pauperis*. The Court issued an order on October 21, 2005 certifying that plaintiff's appeal is not taken in good faith and denying leave to proceed *in forma pauperis*, pursuant to Fed. R. App. P. 24(a). Plaintiff was ordered to either pay the entire $255 appellate filing fee or file a motion to proceed *in forma pauperis* in the Court of Appeals, within thirty days.

On November 18, 2005, plaintiff filed a motion requesting a fifteen-day extension of time in which to pay the appellate filing fee. Plaintiff's motion is GRANTED, and he is

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/22/05

hereby allowed an additional fifteen days, until December 5, 2005, to pay the $255 appellate filing fee or to file his *in forma pauperis* application in the Court of Appeals.

IT IS SO ORDERED.

*/s/ James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

21 November 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:04-CV-01160 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Adam Harris
O'MELVENY & MEYERS
Times Square Tower, 7 Times Square
New York, NY 10036

Jeffrey Butler
126 Wilkinson
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT